AO (Rev. 8/97)

# WARRANT ON WRITTEN AFFIDAVIT FOR CELL PHONE LOCATION DATA

| United States District Court | DISTRICT<br>Southern District of Illinois | | |
|---|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>CELLULAR TELEPHONE ASSIGNED CALL NUMBER (314) 546-█ | DOCKET NO. | MAGISTRATE'S CASE NO.<br>12-mj-7080 | |
| | To: | ANY AUTHORIZED FEDERAL AGENT | |

Affidavit having been made before me by the below-named affiant to obtain precise location information concerning the following cell phones (the "Premises"):

CELLULAR TELEPHONE ASSIGNED CALL NUMBER (314) 546-█

and as I am satisfied that there is probable cause for the acquisition of precise location information concerning the Premises,

YOU ARE HEREBY COMMANDED to acquire precise location data concerning the Premises named above for a period of thirty (30) days starting within ten (10) calendar days of the date of this order, during any time of day; to return this warrant to the U.S. Magistrate Judge designated in this warrant within fourteen (14) calendar days after the execution of the warrant has ended; and pursuant to FRCP 41(f)(3) and 18 U.S.C. § 3103a(b)(3) authorizing delayed notification, to serve notice within **30 Days** after the monitoring period authorized by the warrant has ended.

| NAME OF AFFIANT – Mark Ranck | SIGNATURE OF U.S. MAGISTRATE JUDGE<br>/s/ Stephen Williams | DATE/TIME ISSUED<br>10/12/12<br>9:48 A.M. |
|---|---|---|

| RETURN |
|---|
| DATE AND TIME ACQUISITION OF LOCATION DATA FIRST INITIATED AND PERIOD DURING WHICH IT WAS ACQUIRED: |
| CERTIFICATION |
| I swear that this information contained on this return is true and accurate: |
| Subscribed, sworn to, and returned before me this date.<br><br>_____   _____<br>*Federal Judge or U.S. Magistrate*     *Date* |